# UNITED STATES DISTRICT COURT
### for the
Southern District of New York

New York City Division

Sean Matthew Finnegan

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Columbia Doctors
Elizabeth Lee, MD.

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☒ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Sean Matthew Finnegan
Street Address: 470 L'ENFANT PLAZA SW Suite 604-44741
City and County: Washington, District of Columbia
State and Zip Code: District of Columbia 20026
Telephone Number: 855 846 5800
E-mail Address:

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

51 US Code § 20137

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

the defendant neglected the Plaintiff.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On or around February 2021 the Plaintiff consented to treatment with the defendant. The defendant then terminated the patient, made up stories and lies to continue harassing the Plaintiff and caused the Plaintiff to be hospitalized.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. 10,000,000,000.00

2. Defendant is liable for any and all expenses, costs, fees and damages to the Plaintiff. Defendant must advance such payments.

Defendant No. 1

  Name            Colombia Doctors
  Job or Title (if known)
  Street Address  630 West 168th Street
  City and County NY, NY
  State and Zip Code  NY 10032
  Telephone Number  877 426 5637
  E-mail Address (if known)

Defendant No. 2

  Name            Elizabeth LEE, MD
  Job or Title (if known)
  Street Address  2702 Broadway
  City and County NY NY
  State and Zip Code  NY 10025
  Telephone Number  212 304 7070
  E-mail Address (if known)

Defendant No. 3

  Name
  Job or Title (if known)
  Street Address
  City and County
  State and Zip Code
  Telephone Number
  E-mail Address (if known)

Defendant No. 4

  Name
  Job or Title (if known)
  Street Address
  City and County
  State and Zip Code
  Telephone Number
  E-mail Address (if known)

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/28/21

Signature of Plaintiff

Printed Name of Plaintiff: Sean Matthew Finnegan

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

# LETTER OF INTENT TO SUE

Sean Matthew Finnegan
470 L'Enfant Plaza SW, Suite 604-44741, Washington, Washington DC, 20026
855-846-5800
-

Effective Date: July 28 2021

**RE: NOTICE OF INTENT TO FILE LAWSUIT**

Dear Columbia Doctors and Elizabeth Lee, MD,

This letter of intent to sue shall serve as a formal notice that Sean Matthew Finnegan intends to commence a lawsuit against you due to the following: medical malpractice, harrassment and absue.

**I. THE PLAINTIFF**. Sean Matthew Finnegan (the "Plaintiff").

**II. THE DEFENDANT**. Columbia Doctors and Elizabeth Lee, MD (the "Defendant").

**III. SETTLEMENT DEMAND**. As a result of your actions, the Plaintiff is willing to resolve the matter for a payment of $10,000,000,000.00. This offer to cure and/or settle this matter outside of court and avoid a lawsuit is valid for 0 days from the Effective Date.

**IV. GOVERNING LAW**. This Letter of Intent shall be governed under the laws of the State of New York.

Sincerely,

_____
Sean Matthew Finnegan

# NOTICE TO CEASE AND DESIST

Sean Matthew Finnegan
470 L'Enfant Plaza SW Suite 604-44741
Washington, Washington DC
20026

Date July 28 2021

**Re: Harassment**

Dear Columbia Doctors and Elizabeth Lee, MD,

This letter has been served as notice of your unwarranted harassment activities, or the equivalent thereof, that has been on-going in recent weeks. Therefore, you are required to cease and desist all attacks, including but not limited to: any and all communication.

**If you do not cease all related acts a harassment lawsuit will be commenced against you.**

The previously conducted actions are unwanted, unwelcome, and have become unbearable. Due to the aforementioned harm you have caused, this cease and desist shall serve as a pre-suit letter demanding that you provide us written assurance by July 28 2021 that you will refrain from further actions that could be deemed as harassment.

If you do not comply with this cease and desist letter within the aforementioned time-period then a lawsuit may be filed in the proper jurisdiction seeking monetary damages as well as pursuing all available legal remedies for your harassment.

Sincerely,

_____
By Sean Matthew Finnegan



# FedEx

Pro se

470 LENFANT PLAZA SW
Suite 604-44741
Washington DC 20026

US District Court
Att: Clerks office
500 Pearl St
NY NY 10007

USMS
SDNY

RECEIVED
SDNY PRO SE OFFICE
2021 JUL 29 AM 10:16

RECEIVED
CLERK'S OFFICE
S.D.N.Y.
2021 JUL 29 AM 10:10

Envelope